**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Angela Carter v. Tarantino Properties, Inc.

Appellate case number:     01-17-00843-CV

Trial court case number:   2015-57423

Trial court:                          215th District Court of Harris County

The record was due on December 18, 2017. On January 8, 2018, the court reporter advised this court that no reporter's record was taken. On January 24, 2018, the district clerk advised this court that appellant had not made payment arrangements for the filing of the clerk's record.

On November 13, 2017, appellant filed in this court a statement of inability to afford costs on appeal. Appellant stated in the cover letter that she had filed this document in the trial court; but because we are unable to verify that the trial court received this document.

Accordingly, if appellant wishes to proceed without payment of costs or fees for preparation of the appellate record, she must comply with Rule 145(b) of the rules of civil procedure. Appellant must file her Statement of Inability in compliance with Rule 145 in the trial court. Appellant also must ask the trial court clerk to prepare and file a supplemental clerk's record **within 14 days of the date of this order**, containing the Statement of Inability appellant filed with the trial court. *See* TEX. R. APP. P. 34.5(c).

If appellant fails to comply with this order, the case may be dismissed for failure to make arrangements for the filing of the clerk's record. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault).

It is so ORDERED.

Judge's signature: ___/s/ Michael Massengale___
                              ☒ Acting individually


Date: _February 22, 2018_